```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE J04-0025--CV (JWS)
               "DANIEL J. PARRENT V OLDHAM SAW CO INC"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 10/20/04
          Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 10/20/04 receipt # 00124251
         Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1         PARRENT, DANIEL J.                David A. Graham
                                                  Graham Law Firm
                                                  408 Lake Street
                                                  Sitka, AK 99835
                                                  907-747-7140
                                                  FAX 907-747-7141

DEF 1.1         OLDHAM SAW CO INC                 William A. Earnhart
                                                  Lane Powell et al
                                                  301 W. Northern Lights, #301
                                                  Anchorage, AK 99503-2648
                                                  907-277-9511
                                                  FAX 907-276-2631

                                                  Andrea E. Girolamo-Welp
                                                  Lane Powell et al
                                                  301 W. Northern Lts., Ste 301
                                                  Anchorage, AK 99503-2648
                                                  907-277-9511
                                                  FAX 907-276-2631

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J04-0025--CV (JWS)
                            "DANIEL J. PARRENT V OLDHAM SAW CO INC"

                                      For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/20/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (365) Personal injury - product liability

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 10/20/04 receipt # 00124251
          Trial by: Jury


 Document #   Filed       Docket text

     1 -  1   10/20/04    DEF 1 Notice of Removal from Superior Crt for the SOA First Judicial
                          District at Sitka 1SI-04-0170CV w/att exh.

     2 -  1   10/21/04    JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                          file w/i 10 days copies of state crt docs and svc list. cc: cnsl

     3 -  1   11/01/04    DEF 1 Notice of filing state court record w/att exhs.

     3 -  2   11/01/04    DEF 1 Service List.

     3 -  3   11/01/04    DEF 1 Jury Demand.

     4 -  1   11/02/04    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

     5 -  1   11/22/04    DEF 1 Rule 7.1 Corporate Disclosure.

     6 -  1   11/30/04    DEF 1 Notice of filing scheduling & planning report w/o plf's cnsl
                          signature.

     7 -  1   11/30/04    DEF 1 Scheduling and Planning Report.

     8 -  1   12/03/04    DEF 1 Notice of filing faxed signature page for the parties scheduling
                          and planning report w/att exhs.

     9 -  1   12/13/04    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                          12/09/05; Dispositive mots ddln 01/09/06; 5 day TBJ estimate. cc: cnsl

    10 -  1   12/13/04    DEF 1 Notice of filing original signature page for the parties S&P rpt.

    11 -  1   01/07/05    DEF 1 Preliminary Witness List.

    12 -  1   10/06/05    Stipulation to ext ddlns for expert wit disclosures, wit list & disc
                          close.

    13 -  1   10/11/05    JWS Order granting stipulation to ext ddlns for expert wit disclosures,
                          wit list until 12/7/05 & close of discovery 2/9/06 (12-1).  cc: cnsl
```