FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 3: 12

William A. Earnhart, ASBA No. 9411099
Andrea E. Girolamo-Welp, ASBA No. 0211044
Lane Powell LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Attorneys for Defendant Oldham Saw Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DANIEL J. PARRENT,

        Plaintiff,

v.

OLDHAM SAW COMPANY,
INCORPORATED,

        Defendant.

Case No. J04-0025 CV (JWS)

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE**

COME NOW, the parties, by their counsel of record, and stipulate that this lawsuit, including all claims and counterclaims, shall be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.

GRAHAM LAW FIRM
Attorneys for Plaintiff

Date: December 9, 2005

By: _____
David A. Graham, ASBA No. 9702006

FILED
DEC 20 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

LANE POWELL LLC
Attorneys for Defendant

Date: 12-16-05

_____
William A. Earnhart, ASBA 9411099

**ORDER**

IT IS HEREBY ORDERED, this 19th day of December, 2005.

_____
The Honorable John W. Sedwick

J04-0025--CV (JWS)   12/20/05

✓W. EARNHART (LANE)
/D. GRAHAM

14